[No. 30668-5-I.    Division One.    January 9, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TRENINO ROLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-05399-1, William L. Downing, J., entered May 1, 1992. *Affirmed* by unpublished opinion per Webster, J., concurred in by Pekelis, C.J., and Coleman, J.

[No. 32563-9-I.    Division One.    January 9, 1995.]

*In the Matter of the Marriage of* DAVID EUGENE CARRELL, *Respondent*, and TERRY LYNN CARRELL, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-3-00696-2, David A. Nichols, J., entered March 8, 1993. *Affirmed in part* and *remanded* by unpublished opinion per Coleman, J., concurred in by Kennedy and Becker, JJ.

[No. 13222-6-III.    Division Three.    January 10, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY S. GOROSPE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 92-1-01962-6, F. James Gavin, J., entered April 15, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 16596-1-II.    Division Two.    January 12, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK ALAN SEIBOLD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-03232-7, Waldo F. Stone, J., entered October 23, 1992. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Houghton and Bridgewater, JJ.